## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 19-05078 |
| | ) | |
| MICHAEL WINIARCZYK, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: CASSLING |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: nmatranga@tvch13.net
Resurgent Capital Services: askbk@resurgent.com

*To the following persons or entities who have been served via U.S. Mail:*
Michael Winiarczyk, 400 Eagle Drive, #106, Elk Grove Village, IL 60007
Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead in **Courtroom 619** at **219 S. Dearborn, Chicago, IL 60604**, and in the following courtroom (or any other place posted), and present the attached **Objection to Claim 2-1**, at which time and place you may appear.

| | |
|---|---|
| JUDGE: | CASSLING |
| ROOM: | 619 |
| DATE: | July 18, 2019 |
| TIME: | 9:30 AM |

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid before 5:00 PM, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

| | |
|---|---|
| DATE OF SERVICE: June 18, 2019 | /s/ Michael R. Colter, II |
| | Michael R. Colter, II, A.R.D.C. #6304675 |

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 19-05078 |
| | ) | |
| MICHAEL WINIARCZYK, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: CASSLING |

### OBJECTION TO CLAIM TWO (PYOD, LLC)

NOW COMES the Debtor, **MICHAEL WINIARCZYK**, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present their Objection to Claim No. 2, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division.

2. Debtor filed for relief under Chapter 13 on February 27, 2019. Tom Vaughn was appointed trustee in this case.

3. On March 12, 2019, PYOD, LLC (PYOD) filed a proof of claim, Claim Number 2 (Claim), on the Claims Register. Part 1, Section 2 of the claim states PYOD acquired the claim from Santander Consumer, USA (Exhibit A). The Account Supplement Data says that the original creditor was WebBank a/k/a LendingClub Corporation (Exhibit B).

4. The Account Supplement Data (Exhibit B) claims the interest owed, on this account, is $3,291.31. Neither the claim nor the documents attached to the Claim provide any information regarding the interest rate on this loan. The Claim states that "Information on this account was obtained from the data files received from the assignor and other information such as Bankruptcy Court records. Interest may include other finance charges." The Claim does not provide the information to which it refers.

5. Debtor argues that PYOD has not complied with Rule 3001(c)(2)(A), which states:

> "If in addition to its principal amount, a claim includes interest, fees, expenses, or other charges incurred before the petition was filed, an itemized statement of the interest, fees, expenses, or charges shall be filed with the proof of claim."

6. PYOD has not provided an itemized list which shows what is interest and what, if any, finance charges are included in the interest calculation. The other documents fail to identify what the contract interest rate was.

7. Furthermore, PYOD has not attached any document showing Debtor signed any agreement with the original creditor WebBank a/k/a LendingClub Corporation.

WHEREFORE, pursuant to 11 U.S.C. § 3007, the Debtor, **MICHAEL WINIARCZYK**, respectfully requests this honorable Court enter an order denying Claim Two in its entirety, or in the alternative reduce the interest in Claim Two to $0.00 and for such other and further relief as the Court shall deem proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, ARDC #6304675

DAVID M. SIEGEL & ASSOCIATES
Attorneys for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100