## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-05078 |
| | ) | |
| MICHAEL WINIARCZYK, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge CASSLING |

### NOTICE OF FILING OF WITHDRAWAL OF MOTION TO INCUR

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: nmatranga@tvch13.net
Robert Sims, Attorney: rsims@resurgent.com

**The following party has been served via regular US mail:**
Michael Winniarczyk, 400 Eagle Drive, #106, Elk Grove Village, IL 60604

---

**Please take notice that the Debtor's Objection to Claim No. 2 (Document # 32) is hereby withdrawn.**

---

/s/ Michael R. Colter, II
Michael R. Colter, II, ARDC #6304675

### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on June 26, 2019 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Michael R. Colter, II
Michael R. Colter, II, ARDC #6304675
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100